UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Magistrate Case No. |
| Plaintiff, ) | '08 MJ 2707 |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- |
| **Charlotte Anne CARR** ) | Bringing in Illegal Aliens |
| ) | Without Presentation |
| ) | |
| Defendant ) | |

FILED
08 SEP -3 AM 9:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

The undersigned complainant being duly sworn states:

On **September 2, 2008**, within the Southern District of California, **Charlotte Anne CARR (Defendant)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Sandra Ernestina DIAZ-Jimenez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this 3rd day of **September, 2008.**

UNITED STATES MAGISTRATE JUDGE

DOA 09/02/08

## PROBABLE CAUSE STATEMENT

The complainant states that **Sandra Ernestina DIAZ-Jimenez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On September 2, 2008, at approximately 1:50 AM, **Charlotte Anne CARR (Defendant)** made application for admission into the United States from Mexico through the San Ysidro Port of Entry as the driver of a black 1998 Kia Sportage. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant declared United States citizenship and presented a California Driver's license bearing the name and photograph of Zella Leanne VAUGHN as proof of identity. Defendant was accompanied by her female infant child who was a United States citizen. Defendant presented a California birth certificate bearing the infants name and date of birth. During primary inspection, Defendant claimed ownership of the vehicle and provided two negative Customs declarations. The CBP Officer noticed the vehicle registration information did not match the information contained in the computer database for the vehicle. The CBP Officer escorted Defendant, infant child, and vehicle to secondary for further inspection.

In secondary, further inspection of the vehicle registration by the secondary CBP Officer revealed it was counterfeit. It was also determined that Defendant had presented the California Driver's license of another person during primary inspection. The California birth certificate Defendant presented on behalf of her infant child was determined to be altered. The CBP Officer requested that a CBP canine screen the vehicle. The CBP canine alerted to the undercarriage of the vehicle.

Further inspection of the vehicle revealed one adult male and one adult female concealed within two separate non-factory compartments attached to the undercarriage of the vehicle. An alternate fuel source was discovered near the rear bumper. In order to gain access to the compartment, the rear bench seat was moved forward by pulling on a factory latch located on opposite sides of the head rest area. The adult male and female admitted to being citizens of Mexico with no entitlements to enter or reside in the United States. The adult female is identified as **Sandra Ernestina DIAZ-Jimenez** and was held as a Material Witness.

Defendant was advised of her Miranda Rights and elected to answer questions without benefit of counsel. Defendant admitted knowledge of the concealed undocumented aliens. Defendant admitted she was to be paid a smuggling fee of $1,000 (USD) to smuggle the aliens into the United States. Defendant stated the $1,000 (USD) was to repay the alien smugglers for the vehicle that was seized during a previous alien smuggling apprehension at the San Ysidro Port of Entry.

**Probable Cause Statement Continued on page 2.**
**Continuation of Probable Cause Statement**

RE:   **Charlotte Anne CARR (Defendant)**

Defendant stated she was to take the vehicle to a pre-determined location in Chula Vista, California, deliver the undocumented aliens, then return to Mexico with the vehicle. Defendant admitted knowledge of the counterfeit DMV vehicle registration and altered birth certificate. Defendant also admitted to knowingly presenting the California Driver's License of another to a CBP officer.

During a separate videotaped interview with the Material Witness, she freely admitted to being a citizen of Mexico with no legal documents to enter or reside in the United States. The Material Witness stated she was to pay $4,000 (USD) upon successful entry into the United States. The Material Witness stated she intended to travel to San Francisco, California to reside with her boyfriend and seek employment.